UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHERYL LACOFF,

         Plaintiff,

    v.

MICHAEL BURKLAND, et al.,

         Defendants.

Case No.  26-cv-01733-RFL

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is **REFERRED** to the Honorable P. Casey Pitts for consideration of whether the case is related to *Tooryani v. Burkland*, 5:25-cv-02640-PCP.

    **IT IS SO ORDERED.**

Dated: April 2, 2026

_____
RITA F. LIN
United States District Judge